DANIEL J. BRODERICK, Bar #89424
Federal Defender
SAMYA BURNEY, Bar #224049
Staff Attorney
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
WILLIAM L. SIMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:12-cr-00105 DLB |
| Plaintiff, ) | |
| v. ) | STIPULATION TO AMEND JUDGMENT IN RE RESTITUTION AND FINE PAYMENTS AND ORDER |
| WILLIAM L. SIMPSON, ) | |
| Defendant. ) | Judge: The Hon. Dennis L. Beck |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the Judgment imposed in this matter on July 12, 2012, may be amended to allow Mr. Simpson to pay the previously-ordered fine and penalty assessment amounts of $ 500.00 and $ 25.00 respectively, *as well as* the previously-ordered restitution amount of $ 2468.00, to the Clerk of this court, through monthly installment payments of $ 250.00. The first $250.00 payment would be due on November 5, 2012. Subsequent payments would be due on the 5th of every month thereafter, until the total amount of $ 2993.00 is paid in full.

Currently the Judgment specifies that the entire restitution amount of $ 2468.00 is payable immediately, and that the $ 500.00 fine amount is to be paid to the Clerk of this court in $ 50.00 monthly installments, with the first $ 50.00 payment due on August 31, 2012. The parties are seeking an amended Judgment as Mr. Simpson requires an installment payment plan to pay off his restitution obligation. Mr. Simpson had requested such a payment plan at sentencing, and the government had no objection to the

request. In addition, as reflected in the Minute Order from Mr. Simpson's sentencing, the court had granted Mr. Simpson's request to pay the restitution directly to the Veterans Administration. Despite strenuous efforts by Mr. Simpson to do so, the Veteran's Administration is unable to accept the restitution payments, and the government has clarified that Mr. Simpson is required to pay the restitution sum to this court for forwarding to the Treasury Department. The parties, through this stipulation, request the court to allow Mr. Simpson to pay his restitution, penalty assessment and fine obligations to the Clerk of this court by means of monthly installment payments of $250.00.

DATED: October 2, 2012            Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney


                                  /s/ Wallace J. Lee
                                  WALLACE J. LEE
                                  Special Assistant U.S. Attorney
                                  Attorneys for Plaintiff

DATED: October 2, 2012            DANIEL J. BRODERICK
                                  Federal Defender


                                  /s/ Samya Burney
                                  SAMYA BURNEY
                                  Staff Attorney
                                  Attorneys for Defendant
                                  WILLIAM L. SIMPSON

# O R D E R

**IT IS SO ORDERED.**

The Judgment of July 12, 2012, is hereby modified as follows:

Restitution ($ 2468.00), fine ($ 500.00) and penalty assessment ($ 25.00) in the total amount of $ 2993.00 shall be paid in $250 monthly installments, with the first payment due on November 5, 2012, and subsequent payments due on the 5th of each month thereafter, until the total amount due is paid in full. Payments shall be made to the Clerk, U.S.D.C., Eastern District of California.

IT IS SO ORDERED.

Dated: **October 9, 2012**            **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE